1278

No. 96–8619. ABELLAN v. FAIRMONT HOTEL. C. A. 9th Cir. Certiorari denied.

No. 96–8621. SONG v. COUNTRYMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8623. BURCHILL v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 96–8628. KLINGENSMITH v. ROY ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8632. MORRIS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–8634. LAGANA, AKA RAGUSA v. DILLON ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–8640. SCOTT v. SUTOR ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–8642. WIFORD v. BOONE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–8646. WILLOUGHBY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–8651. TAPIA v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–8652. WARD v. GEORGETOWN UNIVERSITY ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–8654. ENGLAND v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 96–8661. KUTNYAK v. WALTERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MERCER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8665. HILL v. GATES ET AL. C. A. 3d Cir. Certiorari denied.